## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

T.D.H.,

      Plaintiff,

      v.

MIDDLETOWN BOROUGH
POLICE DEPARTMENT, et al.,

      Defendants.

CIVIL ACTION NO. 1:22-cv-01459

(SAPORITO, J.)

## ORDER

AND NOW, this 6th day of March, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The defendants' motions for summary judgment (Doc. 66; Doc. 69) are **GRANTED**;

2. The clerk is directed to enter **JUDGMENT** in favor of the defendants and against the plaintiff with respect to the plaintiff's § 1983 federal civil rights claims (set forth in Counts I, II, and III of the complaint);

3. The plaintiff's supplemental state-law tort claims (set forth in Counts IV and V of the complaint) are **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1367(c)(3); and

- 2 -

4.    The clerk is directed to mark this case as **CLOSED**.

<u>*s/Joseph F. Saporito, Jr.*</u>
JOSEPH F. SAPORITO, JR.
United States District Judge